**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC RENE ORTIZ, | Case No. 5:24-cv-02605-SP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CRST EXPEDITED, INC., et al., | |
| Defendants. | |

Pursuant to the Memorandum Opinion and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


Dated: December 5, 2025

_____
SHERI PYM
United States Magistrate Judge